Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
JERRY A. CALIGUIRE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY A. CALIGUIRE<br><br>    Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>    Defendant. | Case No.: 2:16-cv-00872-CKD<br><br>STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(FIRST REQUEST) |

Plaintiff Jerry A. Caliguire and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from September 29, 2016 to October 28, 2016 for Plaintiff to file a motion for summary judgment, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first

///

-1-

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.  The email with the notice of filing of the administrative record did not get processed properly.  Lead counsel is currently out of the country and will return on October 3 and 4, and then has matters out of the state until October 11.

DATE: September 28, 2016         Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Lawrence D. Rohlfing*

BY: _____
Lawrence D. Rohlfing
Attorney for plaintiff Mr. Jerry A. Caliguire


DATE:  September 28, 2016    PHILLIP A. TALBET
United States Attorney


/s/ *Jeffrey T. Chen*

BY: _____
Jeffrey T. Chen
Special Assistant United States Attorney
Attorneys for defendant Carolyn W. Colvin
|*authorized by e-mail|


Dated:  October 4, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE