Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
JERRY A. CALIGUIRE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY A. CALIGUIRE  Plaintiff, v. CAROLYN W. COLVIN, Acting Commissioner of Social Security.  Defendant. | Case No.: 2:16-cv-00872-CKD STIPULATION AND ORDER TO EXTEND TIME TO FILE motion for summary judgment |

Plaintiff Jerry A. Caliguire and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from October 28, 2016, to November 4, 2016 for Plaintiff to file a motion for summary judgment, with all other dates in the Court's Order extended accordingly. This is Plaintiff's

///

-1-

Second request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel inadvertently scheduled several matters for the same time frame including three dispositive matters in the district courts and two opening briefs to the Ninth Circuit and in the haste to accomplish the tasks overlooked this matter. When counsel realized his error on Friday, he discovered that his download of the administrative record had gone awry and was already late to another commitment. Counsel apologizes for the inadvertence. Counsel also has a speaking engagement on Thursday this week in Seattle but will finish this briefing during the travel.

DATE: October 31, 2016          Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Lawrence D. Rohlfing*

BY: _____
Lawrence D. Rohlfing
Attorney for plaintiff Mr. Jerry A. Caliguire

DATE:  October 31, 2016          PHILLIP A. TALBET
United States Attorney

/s/ *Jeffrey T. Chen*

BY:_____
Jeffrey T. Chen
Special Assistant United States Attorney
Attorneys for defendant Carolyn W. Colvin
|*authorized by e-mail|

IT IS SO ORDERED

Dated:  November 2, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE