PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JERRY A. CALIGUIRE, | No. 2:16-cv-00872-CKD |
| Plaintiff, | **STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 45 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because he has a very heavy workload, including an upcoming Ninth Circuit merits brief due on December 21.  In addition, the undersigned has a pre-planned holiday of two week at the end of December and in early January.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's responsive brief and opposition to Plaintiff's brief will be Thursday, January 19, 2017.

                                                Respectfully submitted,

Date: *December 14, 2016*        LAW OFFICES OF LAWRENCE D. ROHLFING

                                    By:   */s/ Lawrence D. Rohlfing* *
                                                LAWRENCE D. ROFHLING
                                                * *By email authorization on Dec. 14, 2016*
                                                Attorney for Plaintiff

Date: *December 14, 2016*        PHILIP A. TALBERT
                                                United States Attorney

                                        By:   */s/ Jeffrey Chen*
                                                JEFFREY CHEN
                                                Special Assistant United States Attorney
                                                Attorneys for Defendant

                                                <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: December 16, 2016

                                                CAROLYN K. DELANEY
                                                UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ