PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
  Social Security Administration
  160 Spear Street, Suite 800
  San Francisco, CA  94105
  Telephone: (415) 977-8939
  Facsimile: (415) 744-0134
  Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JERRY A. CALIGUIRE,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:16-cv-00872-CKD<br><br>**STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 14 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because he has a very heavy workload and missed some time due to illness.  In addition, this extension will permit Defendant to further evaluate Plaintiff's contention and consider the possibility of voluntary remand.


Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's responsive brief and opposition to Plaintiff's brief will be Thursday, February 2, 2017.

                                                  Respectfully submitted,

Date: *January 25, 2017*                    LAW OFFICES OF LAWRENCE D. ROHLFING

                                    By:   */s/ Lawrence D. Rohlfing* *
                                                LAWRENCE D. ROFHLING
                                                * *By email authorization on Jan. 25, 2017*
                                                Attorney for Plaintiff

Date: *January 25, 2017*                    PHILIP A. TALBERT
                                                United States Attorney

                                      By:   */s/ Jeffrey Chen*
                                                JEFFREY CHEN
                                                Special Assistant United States Attorney
                                                Attorneys for Defendant

                                                ORDER

APPROVED AND SO ORDERED:

Dated:  January 26, 2017

                                                CAROLYN K. DELANEY
                                                UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ